UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Jury Room 309

January 21, 2004

10:00 A.M.

*Held 10:00 AM - 12:52 PM  1 hr 50 min*

CASE NO. **3:02CV728** (RNC) <u>**Anderson v. Huckabey**</u>

| | |
|---|---|
| ✓ Ann E. Lynch<br>Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105<br>860-808-5450<br>860-808-5591 (fax)<br>ann.lynch@po.state.ct.us | Lajoy<br>Myers<br>James Huckabey |
| John R. Williams<br>Williams & Pattis<br>51 Elm St., Ste. 409<br>New Haven, CT 06510<br>203-562-9931<br>203-776-9494 (fax)<br>jrw@johnrwilliams.com | Francis Anderson |
| ✓ *Jim Mahoney* (signature) | |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK