FILED

2004 JAN 26  P 2: 41

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV728(RNC)(JGM) |
| v. | : | |
| JAMES HUCKABEY, ET AL. | : | JANUARY 23, 2004 |

## DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PERSON CONFINED IN PRISON

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants James Huckabey, et al. request leave of the court to depose, the plaintiff, Francis Anderson, a person confined at the Northern Correctional Institution, 287 Bilton Road, Somers, Connecticut on Friday, February 27, 2004 at 9:00 A.M. at said prison, before Brandon Smith Reporting Service or any person authorized to take depositions in the State of Connecticut. Defendants also seek permission to depose Mr. Anderson on such further dates and locations as necessary, until such deposition is completed. Defendant merely seeks an opportunity to discover the nature and basis of plaintiff's claims.

In addition, defense counsel requests that the court allow a correctional officer to be present during Mr. Anderson's deposition for the safety and security of all counsel of record and the court reporter.

**WHEREFORE**, defendant respectfully requests leave to depose Francis Anderson, a person confined to prison.

DEFENDANTS
James Huckabey, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08326
E-Mail: ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of January, 2004:

John Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510

Brandon Smith Reporting Services
44 Capitol Avenue
Hartford, CT 06106

Ann E. Lynch
Assistant Attorney General