32

n2cv 728m/vf

FILED

UNITED STATES DISTRICT COURT    2004 JAN 26 P 2:44

DISTRICT OF CONNECTICUT    U.S. DISTRICT COURT
HARTFORD, CT.

FRANCIS ANDERSON                :    CIVIL NO. 3:02CV728(RNC)(JGM)

    v.                         :

JAMES HUCKABEY, ET AL.          :    JANUARY 23, 2004

## DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PERSON CONFINED IN PRISON

    Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants James Huckabey, et al. request leave of the court to depose, the plaintiff, Francis Anderson, a person confined at the Northern Correctional Institution, 287 Bilton Road, Somers, Connecticut on Friday, February 27, 2004 at 9:00 A.M. at said prison, before Brandon Smith Reporting Service or any person authorized to take depositions in the State of Connecticut. Defendants also seek permission to depose Mr. Anderson on such further dates and locations as necessary, until such deposition is completed. Defendant merely seeks an opportunity to discover the nature and basis of plaintiff's claims.

    In addition, defense counsel requests that the court allow a correctional officer to be present during Mr. Anderson's deposition for the safety and security of all counsel of record and the court reporter.

    **WHEREFORE**, defendant respectfully requests leave to depose Francis Anderson, a person confined to prison.

FILED
FEB 23 12 12 PM '04
U.S. DISTRICT COURT
NEW HAVEN CONN

2/23/04 -- Granted pursuant to Local Rule 7(a)1, no timely brief in opposition having been filed.