UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANCIS ANDERSON

v.     Case No. 3:02 CV 728 (RNC)(JGM)

JAMES HUCKABEY ET AL.

## RECOMMENDED RULING ON DEFENDANTS' MOTION TO DISMISS

Plaintiff Francis Anderson ["plaintiff"], an inmate confined at the Northern Correctional Institution ["NCI"] in Somers, Connecticut, first commenced this lawsuit, on a pro se basis, pursuant to 42 U.S.C. § 1983, on April 25, 2002. (Dkt. #2). On November 19, 2002, now represented by counsel (Dkt. #7), plaintiff filed a Corrected Amended Complaint. (Dkt. #11). In the Corrected Amended Complaint, plaintiff alleges that the defendants used excessive force against him and denied his requests for medical attention.[1]

On July 25, 2003, defendants filed a Motion to Dismiss and brief in support (Dkts. ##25 & 27),[2] on the grounds that plaintiff failed to exhaust his administrative remedies

---

[1] The named defendants in the Corrected Amended Complaint are: James Huckabey; Warden Myers; Major Lajoie (incorrectly identified as Mayor Lajoy); Captain Faneuff (incorrectly identified as Captain Fanuff); Lieutenant Salius; Lieutenant Loubier; Lieutenant Lloyd; Ms. McSinnati (incorrectly identified as McSininati); Correctional Officer Moya; Correctional Officer Maia; Correctional Officer Reardon; Correctional Officer Ames; and Correctional Officer Jackson (incorrectly identified as Correctional Officer Jacksen). The Court will use the correct names of the defendants in this ruling.

Attached as Exh. A were copies of statements from three other inmates, copies of letters plaintiff sent to Governor John Rowland, Warden Myers, and Department of Corrections ["DOC"] Commissioner John Armstrong, copies of responses to plaintiff from Warden Myers, Huckabey, and Commissioner Armstrong, and a copy of plaintiff's pro se motion.

[2] Attached to the brief were the following: copy of correspondence from plaintiff to Commissioner Armstrong, dated November 12, 2001; copy of plaintiff's Inmate Request Form, dated November 25, 2001; copy of various NCI regulations; and copies of several unpublished

1

*[Left margin: Robert N. Chatigny, /U.S.D.J. / March 15, 2004. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.]*