UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS ANDERSON, | : | CIVIL NO3:02CV728(RNC)(JGM) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES HUCKABEY ET AL, | : | |
| *Defendant.* | : | APRIL 6, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

1. As to the allegations in paragraph 1 defendants deny that they deprived plaintiff of his constitutional rights.

2. As to the allegations in paragraph 2, defendants have insufficient knowledge or information to form a belief and therefore leave plaintiff to his proof.

3. Paragraphs 3, 4 and 5 are admitted.

4. As to the allegations in paragraphs 6, 7, 8, 9, 10, and 11, defendants admit only that on November 6, 2001, plaintiff was moved from cell 1 West 212B to 1 West 107B, by Correctional Officer Ames, Correctional Officer Jackson and Captain Faneuff. Defendants further admit that plaintiff complained in writing to Warden Myers. The remaining allegations are denied as incomplete, inaccurate and/or misleading.

5. Paragraph 12 is admitted.

6. Paragraphs 13, 14, 15 and 16 are denied as incomplete, inaccurate and/or misleading.

7. As to the allegations in paragraph 17, defendants admit that the tier in I East between cell 104 and 108 was flooded on November 17, 2001 and plaintiff was ordered at least twice to step back from his door. Defendants further admit that plaintiff refused

these orders, and cursed at Lt. Salius.  Defendants further admit that plaintiff was placed on in cell restraints.  The remaining allegations in paragraphs 17 and 18 are denied as incomplete, inaccurate and/or misleading.

8. As to the allegations in paragraph 19, defendants admit only that defendant Dudley examined plaintiff's restraints and determined they were properly applied.

9. Paragraph 20 is denied as incomplete, inaccurate and misleading.

10. As to the allegations in paragraph 21, defendants admit that plaintiff defecated on himself.  The remaining allegations in paragraph 21 are denied as incomplete, inaccurate and/or misleading.

11. As to the allegations in paragraphs 22 and 23, defendants admit that Lt. Loubier offered plaintiff the opportunity to clean himself up with paper towels. Defendants further admit that plaintiff indicated he would not clean himself up after being told he was not getting a shower at that time.  Defendants admit that plaintiff threw himself into the wall.  The remaining allegations in  paragraphs 22 and 23 are denied as incomplete, inaccurate and/or misleading.

12. Paragraphs 24, 25, 26, 27, 28, 29, and 30 are denied ad incomplete, inaccurate and/or misleading.

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

At all relevant times the defendants carried out their duties with the good faith belief that they were acting lawfully and not in violation of any known rights of the plaintiff. The defendants, are therefore, entitled to qualified good faith immunity from any judgment of money damages.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

## THIRD AFFIRMATIVE DEFENSE

Insofar as the lawsuit alleges state-law claims of action, the defendant, at all times relevant to the Complaint, was a State officials/employees and his conduct was within the scope of his duties and not wanton, reckless or malicious. He is, therefore, immune from liability pursuant to Conn. Gen. Stat. §4-165 and under the doctrine of sovereign immunity and his common law privileges and immunities.

**FOURTH AFFIFMATIVE DEFENSE**

This matter is barred under the doctrine of res judicata and collateral estoppel as plaintiff brought the same claim before and then settled the matter.

                          DEFENDANTS

                          Warden Myers et al

                          RICHARD BLUMENTHAL
                          ATTORNEY GENERAL

                          __/s/_____
BY:    Ann E. Lynch
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Federal Bar No. Ct#08326
        E-mail: ann.lynch@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this ___ day of April, 2004, first class postage prepaid, to:

```
John R. Williams, Esq.
Williams and Pattis
51 Elm Street
New Haven Ct 06510
```

                                          __/s/_____
                                          Ann E. Lynch
                                          Assistant Attorney General