**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | |
|     *Plaintiff,* | : | CIVIL  NO. 3:02CV728(RNC)(JGM) |
| | : | |
|     VS. | : | |
| | : | |
| JAMES HUCKABEY, ET AL. | : | |
|     *Defendants.* | : | APRIL 7, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D.Conn. L. Civ. R. 56 56, the defendants, James Huckabey, Warden Myers, Captain Faneuff, Lt. Salius, Lt. Loubier, Ms. McSinnati, C/O Maia,, C/O Reardon, C/O Ames and C/O Jacksen respectfully move for summary judgment in this matter.  This matter is a virtual carbon copy of an action filed under docket number 3:01CV2134 which was dismissed with prejudice on  or about January 29, 2002.

    Because this action is barred by the principles of res judicata, summary judgment should issue in defendants' favor.  In further support of this motion, defendants submit the attached Local Rule 56(a) Statement, the attached exhibits and the attached memorandum of law.

                                         DEFENDANTS,
                                         James Huckabey, et al.
                                         RICHARD BLUMENTHAL
                                         ATTORNEY GENERAL

BY:    __/s/_____
           Ann E. Lynch
           Assistant Attorney General
           Federal Bar No. ct08326
           110 Sherman Street
           Hartford, CT  06105
           Telephone No.:  (860) 808-5450
           Fax No. (860) 808-5591
           E-mail:  ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid this _____ day of April 2004, to:

John Williams, Esq.
Williams and Pattis,
51 Elm Street
Suite 409
New Haven Ct 06510

                                                    ___/s/_____
                                                    Ann E. Lynch
                                                    Assistant Attorney General