UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS ANDERSON | ) ) ) ) | Case No. 3:02CV728(RNC)(JGM) |
| v. | ) ) ) | |
| JAMES HUCKABEY, ET AL. | ) ) ) ) | APRIL 7, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, James Huckabey, Et Al., has manually filed the following documents:

1. Settlement Agreement in 3:01CV2134 dated January 14, 2002.
2. Release filed January 14, 2002.
3. Stipulation of Dismissal in 3:01CV2134 dated January 14, 2002.
4. <u>Anderson v. Huckabey</u>, 3:01CV2134 Amended Complaint.

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        DEFENDANT
James Huckabey, Et Al.


BY:   __/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08326
E-mail: ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed to the following on this 7th day of April, 2004:

John Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510


__/s/_____
Ann E. Lynch
Assistant Attorney General