IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x
:
FRANCIS ANDERSON : 3:02 CV 728 (RNC)(JGM)
:
:
v. :
:
JAMES HUCKABEY ET AL. : DATE: MAY 4, 2004
:
------------------------------------------------x

RECOMMENDED RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On April 25, 2002, plaintiff Francis Anderson, an inmate at Northern Correctional Institution, commenced this action, in which he is represented by counsel. On October 28, 2002, Chief Judge Robert N. Chatigny referred this file to this Magistrate Judge for all pretrial purposes. (Dkt. #10). Approximately one year later, on October 3, 2003, this Magistrate Judge filed a Recommended Ruling on Defendants' Motion to Dismiss (Dkt. #30), which dismissed the complaint as to three defendants, which recommended ruling was approved by Chief Judge Chatigny on March 15, 2004, absent objection. (Dkt. #34).

On April 7, 2004, the remaining defendants filed their Answer and Affirmative Defenses. (Dkt. #35). The next day, they filed their Motion for Summary Judgment, brief in support, and Local Rule 56(a)1 Statement ["Defendants' Statement"]. (Dkts. ##36-38).[1] As set forth in defendants' filings, the allegations made by plaintiff in this pending action are identical to allegations made by plaintiff in Anderson v. Huckabey, 3:01 CV 2134 (RNC).

---

[1] The following six exhibits were attached: copy of Settlement Agreement, dated January 14, 2002, in thirteen lawsuits filed by plaintiff, including Anderson v. Huck[a]bey, 3:01 CV 2134 (RNC)(Attachment A); copy of Release (to which is attached a copy of the Intensive Mental Health Unit Policies and Procedures) in these thirteen cases, filed January 14, 2002 (Attachment B); copies of Stipulations of Dismissal for these thirteen cases, also filed January 14, 2002 (Attachment C); copy of the computerized docket sheet in Anderson v. Huc[ka]bey, 3:01 CV 2134 (RNC)(Attachment D); copy of plaintiff's pro se Amended Complaint in Anderson v. Huckabey, 3:01 CV 2134, with multiple letters attached (Attachment E); and copy of a recent decision from this district (Attachment F).

(Defendants' Brief at 1-4, 7-10; Defendants' Statement ¶¶ 2-13[2] & Attachments D-E). In January 2002, the previous lawsuit, 3:01 CV 2134 (RNC) was resolved as part of a global settlement, at which plaintiff was represented by counsel, with twelve other lawsuits filed by plaintiff, all of which were dismissed with prejudice and for which plaintiff released all claims. (Defendants' Brief at 4-5; Defendants' Statement ¶¶ 1, 14-18 & Attachments A-D). Thus, defendants argue that plaintiff's claims in this pending action are barred by the doctrine of res judicata. (Defendants' Brief at 6-7, 10-11).

On April 30, 2004, plaintiff, through his attorney, filed his Response to Motion for Summary Judgment (Dkt. #39), which contains an exhaustive discussion of the law of res judicata (at 2-6). After this extensive analysis, plaintiff's counsel concedes that "[i]t is not possible to make a good faith argument against the evidence and law submitted by the defendants in support of their motion." (At 6).

Accordingly, defendants' Motion for Summary Judgment (Dkt. #36) is granted.[3]

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

---

[2]There were two paragraphs 12.

[3]The Magistrate Judge commends Attorneys John Williams and Ann Lynch for their comprehensive briefs.

Dated at New Haven, Connecticut, this 4th day of May, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge