IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------x

FRANCIS ANDERSON

v.

JAMES HUCKABEY ET AL.

3:02 CV 728 (RNC)(JGM)

DATE: MAY 4, 2004

-------------------------------------------x

RECOMMENDED RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On April 25, 2002, plaintiff Francis Anderson, an inmate at Northern Correctional Institution, commenced this action, in which he is represented by counsel. On October 28, 2002, Chief Judge Robert N. Chatigny referred this file to this Magistrate Judge for all pretrial purposes. (Dkt. #10). Approximately one year later, on October 3, 2003, this Magistrate Judge filed a Recommended Ruling on Defendants' Motion to Dismiss (Dkt. #30), which dismissed the complaint as to three defendants, which recommended ruling was approved by Chief Judge Chatigny on March 15, 2004, absent objection. (Dkt. #34).

On April 7, 2004, the remaining defendants filed their Answer and Affirmative Defenses. (Dkt. #35). The next day, they filed their Motion for Summary Judgment, brief in support, and Local Rule 56(a)1 Statement ["Defendants' Statement"]. (Dkts. ##36-38).[1] As set forth in defendants' filings, the allegations made by plaintiff in this pending action are identical to allegations made by plaintiff in Anderson v. Huckabey, 3:01 CV 2134 (RNC).

August 31, 2004.    Francis Anderson v. James Huckabey, et al.
                    3:02CV728(RNC)

After review, the Magistrate Judge's recommended ruling [Doc. #40] is hereby approved and adopted. The Clerk may close the file. So ordered.

Robert N. Chatigny, U.S.D.J.

AO 72A
(Rev. 8/82)