UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS ANDERSON | : |
| | : |
| v. | :  CASE NO. 3:02CV728 (RNC) |
| | : |
| JAMES HUCKABEY, ET AL., | : |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Joan Glazer Margolis, United States Magistrate Judge, and the Honorable Robert N. Chatigny, United States District Judge and,

The Honorable Joan Glazer Margolis having considered the motion and the full record of the case including applicable principles of law, and having filed a Recommended Ruling granting the motion for summary judgment and the Court having approved and adopted the ruling, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 28th day of September 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____